IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATRICK HAGGARD,

                Plaintiff(s),

v.

DISCOVER BANK,

                Defendant(s).

Civil No. 03:21-cv-00021-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that the parties' Stipulated Motion for Dismissal [9] is GRANTED and this action is DISMISSED with prejudice and with each party to bear their own attorneys' fees and costs. Pending motions, if any, are DENIED AS MOOT.

Dated this 10 day of March, 2021.

by _____
Jolie A. Russo
United States Magistrate Judge